1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

WESTERN DIVISION

10

11   ANN JANN,

Case No. LA CV16-07558 JAK (ASx)

12          Plaintiff,

**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT TSA AND REMAND ACTION**

13          v.

14   LOS ANGELES WORLD AIRPORTS,
CITY OF LOS ANGELES,
TRANSPORTATION SECURITY

**JS-6**

15   ADMINISTRATION AND DOES 1 through
100, Inclusive,

16

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

1    Pursuant to the parties' Stipulation filed herein,

2    IT IS HEREBY ORDERED that defendant Transportation Security

3 Administration ("TSA") is dismissed from the above captioned action without prejudice,

4 each party to bear their own costs and fees.

5    IT IS HEREBY FURTHER ORDERED that the above-captioned action between

6 plaintiff Ann Jann and defendants Los Angeles World Airports, City of Los Angeles, and

7 Does 1 to 100 be remanded to the Superior Court of the State of California, County of

8 Los Angeles, Stanley Mosk Courthouse (Case No. BC615419), without defendant TSA.

9

10 DATED: November 28, 2016

11    _____

12    **JOHN A. KRONSTADT**
      **UNITED STATES DISTRICT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2